UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ROBERT MCBRIDE, an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>PHH MORTGAGE CORPORATION, a limited liability company, and DOES 1 through 20, inclusive,<br><br>          Defendant. | No. 2:23-cv-02242 WBS DB<br><br><br>ORDER |

----oo0oo----

        Plaintiff Robert McBride moves for a temporary restraining order to enjoin a trustee's sale of his home, currently scheduled for Tuesday, February 13, 2024.  (Docket No. 14.)

        Defendant PHH Mortgage Corporation shall file a response by no later than tomorrow, February 9, 2024, at 12:00 Noon.

        Plaintiff's application is hereby set for hearing on Monday, February 12, 2024, at 1:30 PM in Courtroom 5 (WBS) of the

1

Robert T. Matsui Federal Courthouse, 501 I Street, Sacramento, California, to be held in person, in open court.

IT IS SO ORDERED.

Dated: February 8, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE