# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ROBERT MCBRIDE,**

CASE NO: **2:23–CV–02242–WBS–SCR**

v.

**PHH MORTGAGE CORPORATION,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/20/2024**

**Keith Holland**
Clerk of Court

ENTERED: **September 20, 2024**

by: /s/ V. Kyono
Deputy Clerk